55secondhabeas.frm

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VICTOR WILLIAM HARGRAVE, )<br>)<br>Petitioner, )<br>)      1:07CV88<br>v. )      4:95CR186-1<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | |

## RECOMMENDATION AND ORDER
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted a "Motion for Relief" seeking to have the judgment in his criminal case vacated because of an alleged conflict of interest on the part of his trial counsel. The motion is really a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. This motion cannot be further processed because Court records reveal that Petitioner has attacked the same conviction and sentence in a previous motion brought under § 2255 [1:99CV294]. Consequently, Petitioner must move in the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current motion. This is required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244. See AO 243 (MDNC 3/97), Instructions, ¶ (4), which is enclosed. Because of this pleading failure, this particular motion should be filed and then dismissed.

**IT IS THEREFORE RECOMMENDED** that this action be filed and then dismissed sua sponte for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

**IT IS THEREFORE ORDERED** that the Clerk send Petitioner a copy of this Recommendation, instruction forms for filing § 2255 motions in this Court and Motions for

Authorization in the court of appeals, and four copies of § 2255 motion forms (more copies will be sent on request). Petitioner should keep the original and two copies of the § 2255 motion which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

                                        /s/ Russell A. Eliason
                                        **United States Magistrate Judge**

February 5, 2007

-2-

Case 4:95-cr-00186-JAB   Document 136   Filed 02/05/07   Page 2 of 2